[No. 46247-8-II. Division Two. July 28, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY COY HENDERSON, *Appellant*.

 by unpublished opinion per Bjorgen, A.C.J., concurred in by Worswick and Maxa, JJ.

[No. 46363-6-II. Division Two. July 28, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ANTHONY CHACON II, *Appellant*.

 by unpublished opinion per Melnick, J., concurred in by Johanson, C.J.; Bjorgen, J., concurring separately.

[No. 46383-1-II. Division Two. July 28, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SEBASTIAN J. HALLER, *Appellant*.

 by unpublished opinion per Sutton, J., concurred in by Bjorgen, A.C.J., and Melnick, J.

[No. 46504-3-II. Division Two. July 28, 2015.]

*In the Matter of the Parental Rights to* BD.

 by unpublished opinion per Worswick, J., concurred in by Maxa and Lee, JJ.